# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160177(54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FOX POINTE ASSOCIATION,
            Plaintiff-Appellee,

v                                                                SC: 160177
                                                                 COA: 344232
                                                                 Washtenaw CC: 16-001098-CB

MARY ELIZABETH RYAL,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply submitted on October 28, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk